# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

KEVIN COLE, )
)
    Plaintiff, )
)
vs. )
)
TRANSWORLD SYSTEMS, INC. )
)
    Defendant. )
) Case Number: 2:10-CV-038

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, by counsel pursuant to Rule 41(a)(1)(i) of the FEDERAL RULES OF CIVIL PROCEDURE, hereby files his notice of voluntary dismissal with prejudice.

Respectfully Submitted,

By _____
    Michael P. McIlree

Michael P. McIlree
Attorney at Law
821 E. Lincolnway, Ste. 1
Indianapolis, Indiana 46222-4256
Telephone: (219) 548-1800
Facsimile:   (219) 548-5905
E-Mail: *mcilree1@aol.com*
Attorney for Plaintiff